United States Bankruptcy Court
Central District of California

In re:  Case No. 24-20110-DS
Melanie Shornick  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 3
Date Rcvd: Sep 03, 2025      Form ID: ntc13pln      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Melanie Shornick, 1598 Palisades Drive, Pacific Palisades, CA 90272-2107 |
| 42257588 | | Conduent/700212, Conduent shut down operation 9/1/19, loans transferred to other servicers, Utica, NY 13504 |
| 42257593 | + | Jing Wang, Esq, Kingswood Law, PC., 1800 E Lambert Rd, Ste 215, Brea, CA 92821-4370 |
| 42257595 | + | Lordon Management-HOA, 1275 Center Court Drive, Covina, CA 91724-3695 |
| 42257598 | + | Robertson,Anschutz,Schneid & Crane, 1 Legue #62700, Irvine, CA 92602-7134 |
| 42257600 | + | Xiaofan Sun, c/o Jing Wang Esq., 1800 E Lambert Road, Ste 215, Brea, CA 92821-4370 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Sep 04 2025 00:54:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 04 2025 00:54:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Sep 04 2025 00:53:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 04 2025 00:53:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 42257582 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 04 2025 00:53:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 42257583 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 04 2025 00:54:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 42257589 | | Email/Text: BKY@conserve-arm.com | Sep 04 2025 00:53:00 | Conserve Collections, 200 Crosskeys Office Pk, Fairport, NY 14450 |
| 42257584 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 04 2025 01:13:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 42324878 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 04 2025 00:58:13 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 42257585 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 04 2025 00:57:27 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 42257586 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2025 01:13:38 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 42257587 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2025 01:13:36 | Citibank, Citicorp Cr Srvs/CentralBankruptcy, Po Box 790040, St Louis, MO 63179-0040 |

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 03, 2025 | Form ID: ntc13pln | Total Noticed: 28 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 42328228 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2025 01:12:43 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 42257590 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2025 01:13:08 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 42385087 | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 04 2025 00:54:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 42330054 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 04 2025 00:54:00 | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 42257591 | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 04 2025 00:54:00 | Franchise Tax Board, Attn: Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42257592 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 04 2025 00:54:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 42257594 | + Email/PDF: ais.chase.ebn@aisinfo.com | Sep 04 2025 01:13:10 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 42257596 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 04 2025 00:58:13 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 42257597 | + Email/Text: bnc@nordstrom.com | Sep 04 2025 00:54:06 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 42257599 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 04 2025 00:54:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42385088 | * | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Coats | on behalf of Creditor Federal Home Loan Mortgage Corporation dacoats@raslg.com |
| Kathy A Dockery (TR) | |

District/off: 0973-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 03, 2025 | Form ID: ntc13pln | Total Noticed: 28

    EFiling@LATrustee.com

Matthew D. Resnik
    on behalf of Debtor Melanie Shornick matt@rhmfirm.com
    roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com

Sarah Arlene Dooley-Lewis
    on behalf of Creditor Federal Home Loan Mortgage Corporation sdooleylewis@raslg.com

Sean C Ferry
    on behalf of Creditor Federal Home Loan Mortgage Corporation sferry@raslg.com sean.ferry7@ecf.courtdrive.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**  
Melanie Shornick  
**SSN:** xxx–xx–8298  
**EIN:** N/A

1598 Palisades Drive  
Pacific Palisades, CA 90272

**BANKRUPTCY NO.** 2:24–bk–20110–DS  
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: September 3, 2025

For The Court,

**Kathleen J. Campbell**  
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)

**30 / AUTU**