**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>**MELANIE SHORNICK**<br><br><br>DEBTOR(S). | Case No: 2:24-bk-20110-DS<br><br>CHAPTER 13<br><br>**PROOF OF SERVICE OF NOTICE OF INTENT TO PAY CLAIM**<br><br>Docket # (33) |

| | |
|---|---|
| In re: **MELANIE SHORNICK** | CHAPTER: 13<br><br>CASE NUMBER: 2:24-bk-20110-DS |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF INTENT TO PAY CLAIM**", Docket # (33) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/5/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/10/25, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 9/5/25, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/10/25 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| | |
|---|---|
| In re: **MELANIE SHORNICK** | CHAPTER: 13<br>CASE NUMBER: **2:24-bk-20110-DS** |

**Service List**

### Notice of Electronic Filing Service

| | |
|---|---|
| Matthew D. Resnik | matt@rhmfirm.com;roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| David Coats | dacoats@raslg.com |
| Sarah Arlene Dooley-Lewis | sdooleylewis@raslg.com |
| Sean C Ferry | sferry@raslg.com;sean.ferry7@ecf.courtdrive.com |

### Email Service

Melanie Shornick  
melanieshornick@gmail.com  
ROBERTSON ANSCHUTZ SCHNEID & CRANE LLP

RHM LAW, LLP

### U.S. Mail Service

ROBERTSON ANSCHUTZ SCHNEID & CRANE LLP  
13010 MORRIS ROAD, SUITE 450  
ALPHARETTA, GA 30004

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**

| In re: **MELANIE SHORNICK** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: 2:24-bk-20110-DS |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF INTENT TO PAY CLAIM**", Docket # (33)   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/5/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 9/10/25, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class , postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

III.   **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct .

| 9/10/25 | Robert J Wallace, Jr. | *See Attached Certificate of Service* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                      **F 9013-3.1**

| In re: **MELANIE SHORNICK** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:24-bk-20110-DS** |

**Service List**

| **U.S. Mail Service** |
|---|
| ROBERTSON ANSCHUTZ SCHNEID & CRANE LLP<br>13010 MORRIS ROAD, SUITE 450<br>ALPHARETTA, GA 30004 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Melanie Shornick           CASE NUMBER: 2420110
DEBTOR 2 NAME:                             PRINT JOB ID:   249738

I     Robert J Wallace, Jr.     certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on    9/10/2025    :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

ROBERTSON ANSCHUTZ SCHNEID & CRANE LLP;13010 MORRIS ROAD, SUITE 450;ALPHARETTA, GA  30004

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    9/10/2025           Signature : _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

**Kathy A. Dockery**
**Chapter 13 Trustee**
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

**NOTICE OF INTENT TO PAY ADDITIONAL CLAIM(S) OR AMENDED CLAIM**
Melanie Shornick

**Case Number LA24-20110-DS**

You are hereby given notice that the Chapter 13 Trustee may immediately begin disbursing payments to the creditor identified below.  Please note that your plan may be rendered infeasible by this claim.

If you believe that the creditor has filed an inaccurate or duplicate proof of claim or you believe that the creditor should not have filed a proof of claim in your case, you must file with the Bankruptcy Court and serve on all appropriate parties, a Motion to Disallow the Proof of Claim to stop any further disbursements to this creditor.  As time is of the essence, please contact and consult with your attorney as soon as possible.

**RHM LAW, LLP**

| | |
|---|---|
| **Case No.:** | LA24-20110-DS |
| **Debtor(s):** | Melanie Shornick |
| **Court Claim Register #:** | 1 |
| **Name of Payee::** | INTERNAL REVENUE SERVICE |
| **Account Number:** | 8298'14'18-'20 |
| **Claim Amount:** | $111,656.70 |
| **Scheduled Claim Amount:** | $17,013.10 |
| **Date Claim was Filed:** | 9/5/25 |

Date: 9/5/25

Sincerely,

*[signature]*

Kathy A. Dockery
Chapter 13 Trustee