| | |
|---|---|
| **KATHY A. DOCKERY**<br>**CHAPTER 13 TRUSTEE**<br>801 S. FIGUEROA ST., SUITE 1850<br>LOS ANGELES, CA 90017<br>PHONE: (213) 996-4400<br>FAX: (213) 996-4426 | **BANKRUPTCY PAYMENT ADDRESS**<br>**KATHY A. DOCKERY**<br>**CHAPTER 13 TRUSTEE**<br>**P.O. BOX 691**<br>**MEMPHIS, TN 38101-0691** |

**DEBTOR'S STATUS REPORT AND NOTICE OF INTENT TO PAY CLAIMS AS OF SEPTEMBER 30, 2025**

Melanie Shornick

**Case Number LA24-20110-DS**

Melanie Shornick
1598 Palisades Drive
Pacific Palisades, CA  90272

## IMPORTANT - Bankruptcy Court Requirements

**Income Tax Returns:** The Bankruptcy Court has ordered you to send a copy of your tax returns to the Chapter 13 Trustee.  If you have not already done so, please mail a copy of your tax returns to the Chapter 13 Trustee Office within 10 days of mailing them to the Internal Revenue Service.

**TAX REFUNDS:**  You must send your tax refunds to the Chapter 13 Trustee, unless otherwise ordered by the Court  If your tax refund has not been directly sent to the Chapter 13 Trustee, you must endorse the tax refund check payable to the Chapter 13 Trustee.  Put your name and case number on the tax refund check and mail your tax refund to the Chapter 13 Trustee's bankruptcy payment lock box.

### YOUR BANKRUPTCY PAYMENTS AS OF SEPTEMBER 30, 2025 ARE $12,980.24

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 6/2/25 | $5,195.70 | 6/23/25 | $1,039.14 | 8/28/25 | $5,706.26 | 9/22/25 | $1,039.14 | | |

### AS OF SEPTEMBER 30, 2025, YOU ARE CURRENT ON YOUR BANKRUPTCY PAYMENTS.

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: RHM LAW, LLP  213-572-0800.
For Online Access to your Case Information, go to: www.ndc.org

# NOTICE OF INTENT TO PAY CLAIMS

## CLAIMS AND DISBURSEMENT REPORT AS OF SEPTEMBER 30, 2025

You are hereby given notice that the Chapter 13 Trustee will immediately begin disbursing payments to your creditors and other parties in interest based on your confirmed chapter 13 plan and the order confirming the chapter 13 plan. **The Trustee will pay those creditors who have filed a proof of claim or those secured and priority creditors who have been provided for in your confirmed plan.**

If you believe that a creditor has filed an inaccurate or duplicate proof of claim or you believe that a creditor should not have filed a proof of claim in your case, you must file an Objection to the Proof of Claim. In order to properly prosecute an Objection to a Proof of Claim, please discuss the matter with your attorney. **If you fail to object to the proof of claim within thirty days of the filing of the proof of claim, the Chapter 13 Trustee will disburse on the claim.**

*Interest, late claims or other variables may affect the total amount paid to creditors.

Undistributed Funds $0.00

**AS OF SEPTEMBER 30, 2025, TOTAL DISBURSEMENTS PAID TO CREDITORS ARE $12,980.24**

| Claim # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|
| DREF | Melanie Shornick | | | | | $0.00 | |
| ATTY | RHM LAW, LLP | ATTORNEY FEE | $6,000.00 | $6,000.00 | | $6,000.00 | |
| 1 | INTERNAL REVENUE SERVICE<br>Filed: 09/05/25 | PRIORITY - TAXES | $108,758.51 | $75,838.16 | | | |
| 4 | FEDERAL HOME LOAN MORTGAGE CORP<br>Filed: 02/07/25 | PRINCIPAL RESIDENCE | $66,680.12 | $42,902.28 | | $5,682.22 | |
| 6 | FRANCHISE TAX BOARD<br>Filed: 03/18/25 | SECURED CLASS 3 | $76,838.33 | $76,838.03 | | | |
| | Lordon Management-HOA | SECURED OMITTED CREDITOR | $0.00 | $0.00 | | | |
| | Bank of America | UNSECURED | $843.00 | $0.00 | | | |
| | Barclays Bank Delaware | UNSECURED | $0.00 | $0.00 | | | |
| | Capital One | UNSECURED | $0.00 | $0.00 | | | |
| | Citibank | UNSECURED | $0.00 | $0.00 | | | |
| | Conduent/700212 | UNSECURED | $0.00 | $0.00 | | | |
| | Dsnb Bloomingdales | UNSECURED | $0.00 | $0.00 | | | |
| | Jing Wang, Esq | UNSECURED | $0.00 | $0.00 | | | |
| | Jpmcb | UNSECURED | $68.00 | $0.00 | | | |
| | Jpmcb | UNSECURED | $0.00 | $0.00 | | | |
| | Nordstrom FSB | UNSECURED | $0.00 | $0.00 | | | |
| | Xiaofan Sun | UNSECURED | $0.00 | $0.00 | | | |
| 1 | INTERNAL REVENUE SERVICE<br>Filed: 09/05/25 | UNSECURED | $17,013.10 | $111,656.70 | | | |
| 2 | CAPITAL ONE, NA<br>Filed: 02/03/25 | UNSECURED | $0.00 | $434.17 | | | |
| 3 | CITIBANK, NA<br>Filed: 02/06/25 | UNSECURED | $4,258.00 | $4,258.55 | | | |
| 5 | FRANCHISE TAX BOARD<br>Filed: 03/18/25 | UNSECURED | $71,235.19 | $0.00 | | | |
| 5 | FRANCHISE TAX BOARD<br>Filed: 03/18/25 | SECURED DUPLICATE CLAIM | $0.00 | $76,838.33 | | | |
| | Navient | UNSECURED OMITTED | $0.00 | $0.00 | | | |
| 4 | FEDERAL HOME LOAN MORTGAGE CORP<br>Filed: 08/06/25 | POSTPETITION MORTGAGE FEES | $0.00 | $1,150.00 | | | |
| TTE | Trustee Fee | | | | | $1,298.02 | |

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: RHM LAW, LLP 213-572-800.
For Online Access to your Case Information, go to: www.ndc.org

# DEBTOR CHANGE OF INFORMATION FORM

Please Complete and Sign this Form if the following Information Changed.
**Melanie Shornick**

**LA24-20110-DS**

| | | | |
|---|---|---|---|
| **Change of Name** | | | |
| **Change of Address** | | | |
| **Change of Phone Numbers** | Home | Work | Cell |
| | | | |
| **Change of Employer**<br>New Employer Name<br>Address<br>Phone Number | | | |

The undersigned debtor(s) declares under penalty of perjury under the laws of the State of California that the above information is true and correct.

**Debtor's Signature**  _____  Date_____

**Co- Debtor's Signature**  _____  Date_____

**FAX THIS FORM TO: (213) 996-4426**
**or EMAIL THIS FORM TO:** info@latrustee.com

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: RHM LAW, LLP  213-572-800.
For Online Access to your Case Information, go to: www.ndc.org